UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DELVIN HAYNES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-9799** |
| **MIESHIA SCOTT** | **SECTION "E" (3)** |

**ORDER**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby dismissed without prejudice for failure to state a claim upon which relief may be granted.

New Orleans, Louisiana, this 14th day of November, 2017.

_____
**UNITED STATES DISTRICT JUDGE**